# ATTACHEMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is described as a residence located at 2829 South Lone Pine Avenue, Springfield, Missouri 65804, which is further described as: the "African Queen", a two bedroom, two bath, 3,300 square feet home. The home has brown and/or wood siding and rock, and is covered with a distinctive wood "shake" roof. Please see the following photographs:

The search to include all outbuildings attached/detached on the described property. Search also to include all the persons of all individuals present at the execution of this warrant and any vehicle(s) associated with any such person and any late arriving guests and their vehicles which is either on the search site or located immediately adjacent thereto.




Photo taken from Willhoit's website


Photo taken from Willhoit's website


Photo taken from Willhoit's website




