## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. All business, financial, and accounting records pertaining or relevant to Michael Willhoit and Willhoit Enterprises, LLC for the years 2013 through the present. This would include but not be limited to: purchase agreements, vehicle titles, emails, photographs, payment logs, wire (payment) instructions, financial statements, general ledgers, ledgers of cash receipts and disbursements, accounts payable, accounts receivable, all tax related information and all other summaries and compilations of financial information.

2. All financial institution records for the years 2013 through the present, including: canceled checks, deposit items, withdrawal items, wire transfers, cashier's checks, money orders, traveler's checks, records of safety deposit box and keys, monthly statements, investment accounts and foreign bank accounts.

3. All IRS forms and related tax documents, returns, manuals, booklets, notifications, letters, publications, and instructions.

4. Records relating to Willhoit's financial transactions such as records regarding the purchase, sale, concealment, or transfer of assets to other individuals or business entities.

5. All materials, emails, photographs, spreadsheets, documents, etc. relative to car purchases and sales.

6. Any computers or electronic devices, including cell phones, tablet computers, thumb-drives, external hard drives, etc. that were or may have been used as a means to commit the offenses described on the warrant, or that were or may have been used to store or contain evidence of said offenses.

7. For any computer, storage device, or other electronic media (hereinafter, "MEDIA" and inclusive of cell phones and tablet computers) that is called for by this warrant, or that might contain things otherwise called for by this warrant:

    a. records, documents, or materials of user attribution showing who used or owned the MEDIA at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved usernames and passwords, documents, and browsing history;

    b. passwords, encryption keys, and other access devices that may be

necessary to access the MEDIA or data;

c. computer software, applications, or programs that may be necessary to access the MEDIA or data;

d. documentation and manuals that may be necessary to access the MEDIA or to conduct a forensic examination of the MEDIA;

8. As used above, the term "records", "documents", and "materials" includes items in whatever form and by whatever means the records, documents, or materials, and their drafts, or their modifications may have been created or stored.