# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 18-SW-2066-DPR
Premises located at 2829 South Lone Pine Avenue, )
Springfield, Missouri 65804 (See Attachment A) )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:
Premises located at 2829 South Lone Pine Avenue, Springfield, Missouri 65804 (See Attachment A)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B to the Affidavit in Support of the Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____September 18, 2018_____
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
David P. Rush _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/4/18 at 9:55 a.m. _____
*Judge's signature*

City and state: Springfield, Missouri _____David P. Rush, United States Magistrate Judge_____
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>18-SW-2066DPR | Date and time warrant executed:<br>9.13.2018 AT 9:45 AM | Copy of warrant and inventory left with:<br>MICHAEL WILLHOIT |
| Inventory made in the presence of :<br>K. MICHAEL EFFLAND, SPECIAL AGENT, FBI | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>PLEASE SEE ATTACHED RECEIPT FOR PROPERTY SEIZED (FD-597) | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9.18.18

_Executing officer's signature_

K. MICHAEL EFFLAND, SPECIAL AGENT, FBI
_Printed name and title_

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 290-KC-2612189

On (date) 09/13/2018

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) MICHAEL B. WILLHOIT
(Street Address) 2829 S. LONE PINE
(City) SPRINGFIELD, MO

Description of Item(s):
1) Unknown Brand Desktop computer; S/N P134B-693858011 (SPARE BDRM CLOSET)
2 - GREEN TUB OF FINANCIAL DOCUMENTS FROM WATER HEATER ROOM
3 - PLASTIC TUB OF FIN. DOCS FROM LAUNDRY
4 - PLASTIC TUB OF FIN. DOCS FROM LAUNDRY
5 - GREEN CRATE OF FIN. DOCS FROM LAUNDRY
6 - BLUE TUB OF FIN. DOCS FROM LAUNDRY
7 - DOCUMENTS FROM KITCHEN TABLE
8 - PLASTIC TUB (BROKEN) WITH FIN. DOCS FROM LAUNDRY
9 - VERIZON TABLET S/N (IMEI) 353610062419428
10 - Apple Iphone, model A1661, IC 579CE3087A

Received By: (Signature) K. Michael England, FBI
Received From: (Signature) Michael Willhoit